GIRARDI | KEESE
THOMAS V. GIRARDI, SBN 36603
tgirardi@girardikeese.com
GRAHAM B. LIPPSMITH, SBN 221984
glippsmith@girardikeese.com
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:   (213) 481-1554

Attorneys for PLAINTIFF DAVID WEISMAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEISMAN, an individual, | ) CASE NO. CV11-6033 GW (JCx) |
| Plaintiff, | ) |
| v. | ) **ORDER RE: STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS** |
| SANRIO FAR EAST COMPANY, a Japanese corporation; HYSTERIC GLAMOUR, a Japanese corporation; HYSTERIC GLAMOUR USA, a California corporation; MICHAEL POST, an individual, and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

# ORDER

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT the Court has received the parties' Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets, submitted on May 22, 2012 ("Stipulated Protective Order").

Having reviewed and considered the proposed Stipulated Protective Order, having received no objections thereto, and good cause appearing therefor, the Court adopts the Stipulated Protective Order and HEREBY ORDERS that the Stipulated Protective Order shall apply to these proceedings.

IT IS SO ORDERED.

Date:      May 31, 2012                    /s/
                                           Honorable Jacqueline Chooljian
                                           United States Magistrate Judge