**Exhibit A**

1         Also -- that's Paragraph 3.
2         In Paragraph 4 of the contract, it says that
3   the artist, quote: "The artist agrees during the term or any
4   extension thereof not to permit her name to be used in any
5   manner for commercial purposes without the written consent of
6   producer," end of quote.
7         Therefore, it seems to the Court that it's
8   clear that the artist agreed to give the producer in
9   perpetuity all rights to the results of the artist's services
10  in the movie, and the right to utilize the artist's name,
11  likeness and biography in connection with advertising or
12  publicizing the motion picture.
13        So, therefore, the producer owns all of her
14  images that were produced as a result of that three-week or
15  longer, slightly longer period when she was making the movie,
16  and obviously to the movie, itself; and the producer can
17  publicize that as the publisher wishes, and can, you know,
18  also utilize her images from the motion picture, itself, in
19  TV, in cups, in T-shirts, in magazines, in whatever that the
20  producer wants to do. And that it is in perpetuity, which
21  means basically till the end of time.
22        However, conversely, those images of
23  Ms. Sedgwick which were not the product of the services that
24  she provided for that movie are not the -- you know, not
25  owned by the producers, et cetera, et cetera; and so that